# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

Sarah Sebren

       Plaintiff

v.                                        CV18-667MSM

Casby Harrison

       Defendant

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Judgment is awarded to the plaintiff for wage and hours violations in the amount of Forty-Nine Thousand, Five Hundred Thirty-Six ($49,536.46) Dollars and Forty-Six Cents. Judgment is awarded to the defendant representing his quantum meruit share of the contingency fee in the amount of One Hundred Fifty-Three Thousand, Fifty-nine ($153,059.35) Dollars and Thirty-five Cents

It is so ordered.

October 11, 2022

By the Court:

/s/ Hanorah Tyer-Witek
Clerk of Court